IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEAST DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 31 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# **AMENDED COMPLAINT**

Gerard Dure And
Elza Dure
740 Gran Heritage Way
Dacula, Georgia 30019
(908) 670-0563

FEDERAL COURT
CASE NO. 1:10-CV-3914-RWS

Plaintiffs

Vs.

The Law Offices of Craig Zimmerman et Al.
23052h Alicia Parkway # 104
Mission Viejo, California 92692
Toll Free: 800-987-3066 ext 2738
Fax: 714-933-4638
www.craigzlaw.com

Deep Patel, Esq.
Senior Associate Attorney
The Law Offices of Craig Zimmerman
23052h Alicia Parkway # 104
Mission Viejo, California 92692
Email: dpatel@craigzlaw.com

Gloria Ha ESQ
The Law Offices of Craig Zimmerman
23052h Alicia Parkway # 104
Mission Viejo, California 92692
Direct: 714-933-4527
Email: gha@craigzlaw.com

Madonna Powers
Attorney at Law
Agent
164 West Main Street
Blue Ridge, GA 30513-4676
(706) 632-5445

Defendants

COME NOW Gerard Dure/Elza Dure, Plaintiffs, do hereby file this Complaint for damages in excess of $506,308.47 and state as follows:

Be it known that wherever mentioned:

Defendants are:
    The Law Offices of Craig Zimmerman et Al.
    Deep Patel, Esq.
    Gloria Ha ESQ
    Madonna Powers, Esq.

Plaintiffs are:
    Gerard Dure
    Elza Dure

**APPLICABLE STATUTES:** Defendants wrongfully violated Plaintiffs' rights to proper representation by Counsel and subjected Plaintiffs to unwarranted Judgments to be entered against them, therein causing great mental anguish and bodily harm to Plaintiffs.

**CATEGORY OF DAMAGES:** Defendants cheated Plaintiffs out of money and subjected Plaintiffs to undue financial burden and health worries.

## STATEMENT OF FACTS

1) Plaintiffs are residents of Dacula Township located in Gwinnett County, Georgia.

2) Defendants are a company whose principal place of business is in the State of California.

3) Plaintiffs seek the recovery of damages from Defendants for fraud, slander, negligence, intentional infliction of emotional distress; unjust enrichment; failure to perform legal obligation; breach of duty and violation or invasion of Plaintiffs' right.

4) Defendants operate a factory of fraud to commit offences in a manner unbecoming of an officer of the court.

   (a) Defendants consistently advised Plaintiffs not to appear in Court, therein causing Judgments to be entered against Plaintiffs.
   (b) Defendants defrauded Plaintiffs.
   (c) Defendants made false statements or representations in order to obtain money from Plaintiffs.
   (d) Defendants made statements to Plaintiffs that Defendants knew to be false, fraudulent or deceitful.

## COUNT I - VIOLATION OF RIGHTS TO PROPER REPRESENTATION

5) Plaintiffs re-allege the allegations set forth in Paragraphs 1 through 4 herein above.

6) Defendants violated Plaintiffs' rights to proper representation by Counsel and willfully conspired to defraud Plaintiffs by using deceptive practices, craft and/or trickery to deprive Plaintiffs of Plaintiffs' lawful right of representation.

7) Defendants intentionally and falsely advised Plaintiffs not to appear in Court to answer summonses, thereby causing adverse Judgments to be entered against Plaintiffs for the sole purpose of maximizing their profits.

THEREFORE Plaintiffs request judgment against Defendants for damages and the return of all monies collected, plus costs and fees and respectfully ask this Court for leave to move for punitive damages for a total amount of $506,308.47.

Plaintiffs request a jury trial.

## COUNT II - LOSS OF OPORTUNITY

8) Plaintiffs re-allege the allegations set forth in Paragraphs 1 through 7 herein above and assert that Defendants dishonestly and fraudulently conspired to cause Plaintiffs great financial harm.

9) As a result of the Defendants' conduct, actions, and inaction, Plaintiffs suffered extreme mental anguish, acute anxiety and emotional distress, humiliation, and damage to their reputation for credit worthiness, car purchase and home repairs.

10) As a result of the Defendants' conduct, actions, and inaction, Plaintiffs suffered extreme mental anguish, acute anxiety and emotional distress for loss of opportunities to sell their home in the Real Estate Market due to Judgments caused to be entered against Plaintiffs.

11) As a result of the Defendants' conduct, actions, and inaction, Plaintiffs suffered extreme mental anguish, acute anxiety and emotional distress because of worries that Judgment Liens filed against Plaintiffs might cause Plaintiffs to lose their home.

12) Defendants' conduct, actions and inactions were willful; rendering the Defendant's liable for punitive damages in an amount to be determined by the court pursuant to 15 U.S.C.§ 1681n.

THEREFORE Plaintiffs request judgment against Defendants for compensatory damages plus costs and fees and respectfully ask this Court for leave to move for punitive damages.

Plaintiffs request a jury trial.

## COUNT III - NEGLIGENCE

13) Plaintiffs re-allege the allegations set forth in Paragraphs 1 through 12 here-in above.

14) Defendants had a duty of reasonable care not to injure Plaintiffs' privacy, general reputation, or credit reputation and failed to do so.

15) As a direct and proximate result of Defendants' negligence, Plaintiffs have suffered acute anxiety, extreme mental anguish, and a loss of ability to live life in peace; preferably away from the predatory lawlessness of Defendants.

THEREFORE, Plaintiffs have suffered economic and psychological damages as a result of the negligence of Defendants and are entitled to reimbursement and compensation for their injuries.

Plaintiffs request a jury trial.

## CONCLUSION

WHEREFORE, Plaintiffs demand that Defendants be held for conspiracy to defraud and demand judgment against Defendants the collected sum of $6,308.47 plus $500,000.00 in punitive damages, for the total sum of $506,308.47.

FURTHER sayeth naught.

Gerard Dure
740 Gran Heritage Way
Dacula, Georgia 30019
(908) 670-0563

Elza Dure
740 Gran Heritage Way
Dacula, Georgia 30019
(908) 670-0563

This the 30th day of May, 2011